# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BRANDON BURRELL,

    Plaintiff,

v.

JOHN DOE 1, SHERIFF KING COUNTY JAIL and JOHN DOE 2, SUPERVISOR KING COUNTY JAIL

    Defendants.

CASE NO. C18-1013 JLR-BAT

**ORDER STRIKING AS MOOT ORDER GRANTING MOTION TO PROCEED** *IN FORMA PAUPERIS* **(DKT. 3)**

On July 12, 2018 the Court granted Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) and directed the Clerk to send a copy of this Order to plaintiff, to the financial officer of this Court, and to the agency having custody of plaintiff. Dkt. 3. The agency having custody of plaintiff was directed to collect and forward payments from plaintiff's prisoner account on a monthly basis until the entire filing fee ($350.00) is paid. *Id.* On July 16, 2018, Plaintiff paid the amount of $350.00, receipt number SEA091477.

Accordingly, the Order granting Plaintiff's motion to proceed *in forma pauperis* is moot and is **STRICKEN**. The Clerk is directed to send a copy of this Order to the financial officer of this Court and to the agency having custody of Plaintiff. The agency having custody of Plaintiff is directed to collect and take **no** payments from Plaintiff's prisoner account for the payment of the filing fee in this case.

ORDER STRIKING AS MOOT ORDER GRANTING
MOTION TO PROCEED IN FORMA PAUPERIS (DKT. 3) - 1

1    In the event the agency having custody of Plaintiff has collected any payments from
2 Plaintiff's prisoner account towards the payment of the filing fee in this case, those amounts shall
3 be credited back to Plaintiff's prisoner account.
4    DATED this 16th day of July, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge