UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON BURRELL,

                    Plaintiff,

      v.

JOHN DOE 1, SHERIFF KING COUNTY
JAIL and JOHN DOE 2, SUPERVISOR
KING COUNTY JAIL

                  Defendants.

CASE NO. C18-1013 JLR-BAT

**ORDER DENYING MOTION TO
AMEND COMPLAINT**

The Court DENIES plaintiff's motion to amend the complaint. Dkt. 16. The motion seeks to add as defendants William Hayes, Major Clark, and Commander Karlson. However, the amended complaint that plaintiff attached to the motion fails to set forth what acts these individuals performed, when they occurred, what rights the individuals violated, and how their acts proximately harmed plaintiff. In essence, the amended complaint provides no basis to add these individuals as defendants.

The Court accordingly DENIES the motion to amend without prejudice. If plaintiff has additional facts that would support adding the above individuals to an amended complaint, he should plead those facts, and file a motion to amend the complaint and attach the amended complaint to the motion. As the case has been pending since July 2018, if plaintiff intends to

ORDER DENYING MOTION TO AMEND COMPLAINT - 1

1 file an amended complaint regarding the new defendants, he must do so no later than January 3,

2 2019.

3     The clerk shall provide a copy of this order to the parties.

4     DATED this 18th day of December, 2018.

5

6

7     _____
      BRIAN A. TSUCHIDA
8     Chief United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DENYING MOTION TO AMEND COMPLAINT - 2