UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON BURRELL,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN DOE 1, et al.,<br><br>   Defendants. | Case No. 2:18-CV-01013-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the record and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, finds and **ORDERS**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for summary judgment (Dkt. 17) is **DENIED**.

(3) Defendant's motion for summary judgment (Dkt. 19) is **GRANTED.**

(4) Plaintiff's motion to amend the complaint (Dkt. 31) is stricken as moot.

(5) This case is **dismissed with prejudice**

(4) The Clerk shall provide a copy of this Order to plaintiff.

/
/
/
/

ORDER OF DISMISSAL - 1

DATED this 8th day of Feb., 2016.

_____
JAMES L. ROBART
United States District Judge