UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON BURRELL, | CASE NO. C18-1013JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHN DOE 1, et al., | |
| Defendants. | |

On February 8, 2019, the court adopted Magistrate Judge Brian A. Tsuchida's Report and Recommendation ("R&R") and dismissed this case with prejudice. (2/8/19 Order (Dkt. # 38) at 1; *see also* R&R (Dkt. # 37).) At that time, Plaintiff Brandon Burrell had failed to timely object to the R&R. (*See generally* Dkt.) The same day the court adopted the R&R, however, Mr. Burrell filed a motion for a 30-day extension of time to object to the R&R. (Mot. (Dkt. # 40).) On February 19, 2019, the court ordered Mr. Burrell to file and serve on all parties his objections to the R&R, if any, by March 1, 2019. (2/19/19 Order (Dkt. # 42) at 2-3.) To date, Mr. Burrell has not filed any

objections to the R&R.  (*See generally* Dkt.)  Accordingly, the court does not reconsider its February 8, 2019, order dismissing this case and DIRECTS the Clerk to close this file.

Dated this 15th day of April, 2019.

The Honorable James L. Robart
U.S. District Court Judge